| | | |
|---|---|---|
| ADAM MAHMOOD, et al , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-CV-0621 |
| | ) | |
| GRANTHAM UNIVERSITY INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ). | |

## DECLARATION OF LISA WACHTER

I, Lisa Wachter, being of lawful age and qualified to testify to the following, state:

1.      I am employed by Grantham University Inc. as a Student Advisor Manager.  As part of my job duties, I am familiar with the time keeping practices for Student Advisors and the records showing the recording and editing of work time.

2.      Cassandra Schwantes was a Student Advisor from September 17, 2009 until July 13, 2010.  Attached as Exhibit 1 to this Declaration is a true and correct copy of the form kept in her personnel file reflecting this job assignment.

3.      The electronic timekeeping system allows reports to be printed which show activity in an employee's account.  These are known as "Edit Audit Reports."  The Edit Audit Reports show each "punch in" and "punch out" that the employee registered in the timekeeping system.  The Edit Audit Reports also show each edit a manager has made to those time records. A true and correct copy of the Edit Audit Report for Cassandra Schwantes for the time she was a Student Advisor is attached to this Declaration as Exhibit 2.

4.      Generally, a supervisor reviews each Student Advisor's time records before they are submitted to payroll.  Supervisors may edit the time records by adding information to reflect

**EXHIBIT**

**A**

an employee's absence due to vacation, holiday or illness, or to add "flex" time in which an employee does not work but nevertheless is paid for that time.

5.    Supervisors also edit the time records to correct errors caused by employees who fail to punch in or out at the beginning or end of the shift or the beginning or end of lunch, or by system errors, or other reasons.

6.    I have reviewed the Edit Audit Report for the 10 months Ms. Schwantes was a Student Advisor.  There are many edits where a supervisor added time for vacation, holiday pay, sick pay or "flex" time.  There are 41 days during that time when an edit was made that was not due to vacation, holiday, sick pay or "flex."  Of those 41 daily edits, 32 of them either resulted in time being added to Ms. Schwantes' timecard, or resulted in no change to her time for that day, and/or are the result of Ms. Schwantes failing to punch in or out.

7.    There are only 9 days when an edit was made which reduced her reported time.  I have not done any research to determine why these 9 edits were made, beyond looking at the Edit Audit Report.  Seven of these nine edits reduced her reported time by 10 minutes or less, one edit was an 11 minute reduction and one edit a 22 minute reduction.

8.    I have also reviewed the Timecard Reports for Ms. Schwantes while she was a Student Advisor.  The Timecard Reports show the time reported, after editing, for payroll purposes.  The Timecard Reports are submitted to the payroll processing company, and employees are paid for the time shown on the Timecard Reports.  For five of the nine edits referenced in paragraph 7, the edit had no impact on whether Ms. Schwantes worked over 40 hours in the week.  In other words, even if the edit had not been made, and the edited time had been added back, she still would not have exceeded 40 hours of worked time in that week.

2

9. Four of the 9 edits referenced in paragraph 7 occurred during two weeks in October 2009. One edit was made during the week ending October 16, 2009, in the amount of 11 minutes. If the 11 minutes of reported time which was reduced by that edit was added back, her total worked time for the week would have exceeded 40 hours by 11 minutes. The other three edits occurred during the week ending October 30, 2009, for a total of 21 minutes. If that time was added back, her total worked time for the week would have exceeded 40 hours by 21 minutes. I am not making a statement about whether those edits were correct, because I have not researched that; I am only explaining what the reports show.

10. There were six weeks during the time Ms. Schwantes was a Student Advisor when she was paid overtime. There were no edits of her reported time in any of those six weeks. True and correct copies of the payroll records showing these overtime payments are attached as Exhibit 3.

11. There was no requirement that Ms. Schwantes be at work, and perform work, but not clock in before her shift start. Her scheduled start time was generally 8 am. Her Timecard Reports show that on more than 50 days she clocked in more than 10 minutes before the start of her shift and was paid for that time. True and correct copies of the Timecard Reports are attached as Exhibit 4.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth are true.

_1-18-11_
Date

Lisa Wachter